**Charles M. LAYCOCK, Petitioner,**

v.

**DEPARTMENT OF THE
ARMY, Respondent.**

No. 00–3375.

United States Court of Appeals,
Federal Circuit.

DECIDED: May 15, 2001.

Rehearing Denied June 11, 2001.

822

Before LOURIE, SCHALL, and LINN, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.